# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2012

143903-4

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

RAE JEAN ADKINS,
      Plaintiff-Appellant,

v

GINA LYNNE DICK,
      Defendant-Appellee,

and

TIAA-CREF, LLC,
      Defendant.

SC: 143903
COA: 297820
Kent CC: 09-010105-CZ

_____

RAE JEAN ADKINS,
      Appellant,

v

GINA LYNNE DICK, as Personal
Representative of the ESTATE OF LARRY
THOMAS WELCH,
      Appellee.

SC: 143904
COA: 298945
Allegan PC: 10-056180-DE

_____/

      On order of the Court, the application for leave to appeal the September 6, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2012

Clerk

h0321